IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JODY EUGENE CLEMENTS,<br>Plaintiff, | Civil Action No. 7:07-cv-00425 |
| v. | FINAL ORDER |
| JUDGE FRANK W. SOMMERVILLE,<br>Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the above referenced civil action, construed by the court as a petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **FILED** in forma pauperis, but that the action is hereby **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Proceedings, and that the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 10th day of September, 2007.

_____
United States District Judge